NO. 07-03-0058-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

FEBRUARY 13, 2003
_____

TRACY SCOGIN FRENCH,

                  Appellant

v.

THE STATE OF TEXAS,

                  Appellee
_____

FROM THE 411TH DISTRICT COURT OF POLK COUNTY;

NO. 16457; HON. ROBERT HILL TRAPP, PRESIDING
_____

***ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL***

_____

Before QUINN and REAVIS, JJ., and BOYD, S.J.[1]

Tracy Scogin French, appellant, has moved to dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2002).

dismiss the appeal. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Justice


Do not publish.